IN THE UNITED STATES DISTRICT COURT
MIDDLE DIVISION FLORIDA

**CARLOS RAMOS**
  Plaintiff,

v.                                                           CASE No.

                                                             8:20 cv 2768 23 TGW

**AMERICAN AUTO TRANSPORT, LLC**           DEMAND FOR JURY TRAIL
  Defendant,

_____/


**TELEPHONE CONSUMER PROTECTION ACT
COMPLAINT**

Plaintiff CARLOS RAMOS, brings this action against Defendants, American Auto Transport, LLC (AAT) to secure redress for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 *et seq.* and 47 CFR § 64.1200 *et seq.*

### JURISDICTION AND VENUE

1. This court has jurisdiction under 28 U.S.C. §§1331. Mims v. Arrow Fin. Servs. LLC, 132 S. Ct. 740 (U.S. 2012). Mims v. Arrow Fin. Servs. LLC, 2012 U.S. LEXIS 906 (U.S. 2012).

### PARTIES

2. Plaintiff CARLOS RAMOS is a natural person and citizen of the State of Florida. Resident of Hernando County, Florida.

3. Defendant American Auto Transport, LLC is a limited liability company formed under the laws of the State of California with its principal place of business at 16474 El Revino Dr. Fontana, CA 92336.

4. This court has personal jurisdiction since the alleged unsolicited prerecorded or artificial telemarketing voice calls were received within this district in plaintiff's cellular phone 407-818-0730.

5. Its registered agent for service of process is named Richard A Albitre, 16474 El Revino Dr. Fontana, CA 92336.

## THE TCPA

6. In an action under the TCPA, a plaintiff must only show that the defendant "called a number assigned to a cellular telephone service using an automatic dialing system or *prerecorded voice*." Breslow v. Wells Fargo Bank, N.A., 857 F. Supp. 2d 1316, 1319 (S.D. Fla. 2012), aff'd, 755 F.3d 1265 (11th Cir. 2014).

7. To obtain express written consent for telemarketing calls, a defendant must establish that it secured the plaintiff's signature in a form that gives the plaintiff a "'clear and conspicuous disclosure' of the consequences of providing the requested consent….and having received this information, agrees unambiguously to receive such calls at a telephone number the [plaintiff] designates." In re Rules & Regulations Implementing the Tel.

Consumer Prot. Act of 1991, 27 F.C.C.R. 1830, 1837 ¶ 18, 1838 ¶ 20, 1844 ¶ 33, 1857 ¶ 66, 1858 ¶ 71 (F.C.C. Feb. 15, 2012).

8. "The TCPA prohibits calls "using any automatic telephone dialing system *or* an artificial or prerecorded voice." 47 U.S.C. § 227(b)(1)(A)(iii)" *Brown v. Ocwen Loan Servicing LLC*, No. 8:18-cv-136-T-60AEP, at *11-12 (M.D. Fla. Sep. 5, 2019).

9. "Calls made using an artificial or prerecorded voice are independently actionable from calls made using an ATDS. *Whitehead v. Ocwen Loan Servicing, LLC*, No. 2:18-cv-470-FtM-99MRM, 2018 WL 5279155, at *4 (M.D. Fla. Oct. 24, 2018)." *Brown v. Ocwen Loan Servicing LLC*, No. 8:18-cv-136-T-60AEP, at *12 (M.D. Fla. Sep. 5, 2019).

## FACTUAL ALLEGATIONS

10. On or about October 15, 2020, Plaintiff purchased a car in NY and decided to transport the car to Hernando County Florida.

11. Plaintiff did a search online to a website call "**imoveauto.com**" and spoke to a representative named (Larry Gonzales) and agreed on October 20, 2020, to transport the car with this company.

```
Date            Order              Amount Due  Terms
10/20/2020      433092-BO          US$800      Due on Receipt

                                               Salesperson: Larry Gonzales ext 122
I Move Auto                                    Phone:    302-268-9083
1000 N West St Suite 1200 · Wilmington, DE 19801
                                               Fax:      302-232-6208
                                               Email:    Jay@imoveauto.com
```

Thank you for the opportunity to serve your vehicle transport needs. Please review the information provided below for the contract together with our terms and conditions and reply to this email "I agree to the contract" and put your name under it.

If you have any questions, don't hesitate to call or email us using the contact information above.

1. Shipper Information
First Name: charlie          Company:
Last Name: Ramos             Address:
Phone 1: (407) 818-0730      Address 2:
Phone 2:                     City:
Cell:                        State/Zip:
Fax:                         Country: United States
Email: cisco3280@yahoo.com

12. Plaintiff's number has been registered in the Do-Not-Call registry since February 08, 2020.

13. Plaintiff started receiving unsolicited telemarketing texts messages from a short code number (81083) on October 26, 2020, and prerecorded telemarketing calls from AAT offering their services with discounts to transport the car from a (213) 291-9073.

14. On the plaintiff's website ( https://autotransportaat.com/ ) it clearly shows the 81083 short code to request quotes using the short code.

15. Plaintiff did a web search on "*https://bit.ly/36N2oTm*" and input the (213) 219-9073 and "*https://bit.ly/3lNAFrV*" **(213) 219-9056**, this number was within the body of the **second text message below**, both numbers shows a total of 528 calls and 1011 call respectively with the same transcript of the artificial or prerecorded voice message:

"hi there it's American Auto Transport and we're calling you in reference to the email we received from you in reference to having your vehicle transport it currently we're offering a special in order to fill up our trucks going your way please press one to speak to an auto transport rep that can give you are discounted rate today again this _____ an auto transport _____ today _____ our _____ discounted rate"

16. Plaintiff avers that he never visited this company's website nor did he provided his personal information nor his cellular number establishing any relationship with this company for any services.

17. Plaintiff did not give his prior express written consent to receive telemarketing text messages nor to receive prerecorded telemarketing artificial or voice telemarketing calls.

18. On October 27, 2020, Plaintiff reply to the telemarketing text messages with a "**STOP**" command to receive further offers from AAT.



19. Text messages sent using a SMS short code number are usually used to send telemarketing text messages "*en masse*" to consumers.

20. The text messages were generic and did not address me by my name.

21. On October 26, 2020, then on November 10. 2020, and November 13, 2020. Plaintiff received prerecorded telemarketing voice calls without giving his prior express written consent and after having requested that all telemarketing communications stopped. *See attached T-Mobile call log*.

22. Again, I never gave my prior express written consent to receive any telemarketing or advertisements from AAT.

23. The impersonal and generic nature of Defendant's text message and its prerecorded telemarketing calls demonstrates that Defendant utilized an ATDS in transmitting the messages.

24. Plaintiff suffered waste of time listening and reading the unsolicited telemarketing text messages, the text messages and prerecorded calls depleted the cell's phone battery, wasted storage capacity of the cell phone's limited storage capacity, invasion of privacy, since all prerecorded telemarketing calls and text messages where received while Plaintiff was in his house.

**COUNT I**
**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

25. Plaintiff incorporates Paragraphs 1 through 22.

26. Defendants, or others acting on their behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone, without prior written consent, using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

27. Defendant willingly and knowingly placed these unsolicited prerecorded calls and the court should award treble damages per each prerecorded call and without prior express written consent and after Plaintiff replied STOP to one of the unsolicited text messages pursuant to 47 U.S.C. § 227(b)(3).

28. WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    - Damages;
    - a declaration that Defendants calls violate the TCPA;
    - a permanent injunction prohibiting Defendants from placing nonemergency calls to the Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and
    - Such other or further relief as the Court deems proper.

Respectfully Submitted,

*[signature]*

Carlos Ramos, Pro-se
4653 Mariner Blvd.
Spring Hill, FL 34609

Charlie.ramos@gmail.com





Carlos

Call details

| Filter | (213) 291-9073 |

Oct 23 - Current Cycle

Total: 6 minutes

11/13/2020, 05:16 PM
LOSANGELES, CA
(213) 291-9073
1 Min
--

11/13/2020, 09:36 AM
INCOMING
(213) 291-9073
1 Min
--

11/10/2020, 12:14 PM
INCOMING
(213) 291-9073
1 Min
Call Waiting

11/04/2020, 11:25 AM
LOSANGELES, CA
(213) 291-9073
1 Min
--

11/02/2020, 11:00 AM
LOSANGELES, CA
(213) 291-9073
1 Min
--

10/26/2020, 10:18 AM
INCOMING
(213) 291-9073
1 Min
Wi-Fi call

Download usage records

Connect with T-Mobile

1/2