UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLS RAMOS,

    Plaintiff,

v.                                                Case No. 8:20-cv-2768-KKM-TGW

AMERICAN AUTO TRANSPORT, LLC,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

More than 90 days have elapsed since Plaintiff filed this action and no return of service of process has been filed reflecting service on the defendant. It is therefore **ORDERED** that the plaintiff show good cause by **March 5, 2021**, why this action should not be dismissed. *See* Fed. R. Civ. Proc. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

**ORDERED** in Tampa, Florida, on February 23, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge